[No. 33487-5-I.   Division One.   September 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03136-6, Arthur E. Piehler, J., entered
September 13, 1993. *Affirmed* by unpublished per curiam
opinion.


[No. 33587-1-I.   Division One.   September 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
MAURICEO RAFAEL BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02976-1, Jim Bates, J., entered September
27, 1993. *Affirmed* by unpublished per curiam opinion.


[Nos. 33604-5-I;   Division One.   September 11, 1995.]
        33605-3-I; 33606-1-I.

THE STATE OF WASHINGTON, *Appellant*, v.
ALEXANDRA SANDOVAL, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. DAPHNE
PIE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. DANIANKE
SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07642-6, Joan E. DuBuque, J., entered
October 13, 1993. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Agid, J., concurred
in by Baker, C.J., and Cox, J.